```
John Iaccarino    SB# 126649
Attorney At Law
533 Airport Blvd., Suite 400
Burlingame, CA   94010
(650) 348-0121

Attorney for Sebastian Gonzalez
              Miren Edurne Gonzalez
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In the Matter of                )    Case No.: 10-33772 DM7
                                )
Sebastian Gonzalez,             )    Chapter 7
Miren Edurne Gonzalez,          )
                                )
Debtors                         )
                                )
_____ )

DEBTORS' MOTION FOR ABANDONMENT OF PROPERTY

Sebastian Gonzalez and Miren Edurne Gonzalez, the debtors in this case hereby move that this Court Order Andrea A. Wirum, the trustee in this case, to abandon the debtors' interest in their two businesses and the assets used by these two businesses. In support of this motion, the debtors' aver:

1. The debtors filed this bankruptcy case on September 25, 2010.

2. The trustee has instructed the debtors to close their businesses until the businesses and all assets related thereto are abandoned.

3. The debtors believe that their interest in the two businesses and the assets used by these two businesses are of an inconsequential value to the estate. Both businesses are sole proprietorships. One business is Gonzalez Painting. The assets

related to this business are paint brushes, rollers, an airless compressor, covers, a belt sander, paint and ladders. The other business is Butterfly Kids Family Daycare. The assets related to this business are a few old toys for children.

4. The debtors believe that their interest in their two businesses and the assets related to them are well within the exemption limit allowed.

WHEREFORE, the debtors request that this Court enter an Order directing the trustee to abandon the estate's interest in the above-named property.

Date: 10-26-2010

*John Iaccarino*
John Iaccarino
Attorney for Debtors
533 Airport Blvd., Suite 400
Burlingame, CA  94010
(650) 348-0121

2